UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ELI YAZDI,

                     Plaintiff,             Case No. 1:16-cv-04851

            -against-              **STIPULATION OF DISMISSAL**

NORTHLAND GROUP, INC.,              **AGAINST ALL PARTIES**

            Defendant            **WITH PREJUDICE**

-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Eli Yazdi and Defendant Northland Group, Inc. hereby stipulate and agree that all matters herein between them have been resolved, and that Plaintiff's cause against Northland Group, Inc. is voluntarily dismissed with prejudice, with each party to bear its own costs and attorney's fees. No counterclaim has been interposed, and no party hereto is an infant or incompetent.

Dated: April 5, 2017

/s/Edward B. Geller, Esq.             /s/Aaron R. Easley, Esq.

Edward B. Geller, Esq., P.C.           Sessions Fishman Nathan & Israel,

15 Landing Way                     3 Cross Creek Drive

Bronx, New York 10464            Flemington, New Jersey 08822

Tel:(914)473-6783                 Tel: (908)237-1660

Attorney for Plaintiff                                    Attorney for Defendant

SO ORDERED this  1st  day of ~~April~~ May 2017          s/Roslynn R. Mauskopf, USDJ
                                                         _____
~~HON. Vera M. Scanlon~~